IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANIEL LILROD FORD,** *Plaintiff*, v. **COUNSELOR TINA ZANDERS,** *et al.*, *Defendants*. | **CIVIL ACTION NO. 5:18-cv-00412-TES-CHW** |

**ORDER DISMISSING PLAINTIFF'S CASE**

In its Order for Pretrial Conference [Doc. 80], the Court instructed Plaintiff Daniel Lilrod Ford ("Ford") that he "must complete his portion of the proposed pretrial order and submit it to counsel for Defendants by mail" by September 17, 2020. [Doc. 80, ¶ 5]. On September 22, 2020, the Court held a Pretrial Conference. [Doc. 83]. Prior to this date, counsel for Defendants had timely submitted their consolidated proposed pretrial order. Ford had not. At the hearing, the Court instructed Ford to send in his portion of the proposed pretrial order by October 22, 2020. [Doc. 83, 11:38–40]. Ford did not do so. The Court then issued a Show Cause Order [Doc. 85] on November 4 giving Ford twenty-one days to show why his case should not be dismissed for failure to obey this Court's Order and Federal Rules of Civil Procedure 16 and 26. [Doc. 85, pp. 1–2]. In the Show Cause Order, the Court told Ford that "[f]ailure to fully and timely comply with this Order will result in the immediate dismissal of Plaintiff's Complaint pursuant to

Rule 16(f) and 41(b) of the Federal Rules of Civil Procedure; no further warnings will be provided." [*Id.* at p. 2]. Ford did not respond to the Court's Show Cause Order. Therefore, it **ORDERED** that Ford's case be **DISMISSED without prejudice**. *See* FED. R. CIV. P 16(f)(1) ("[T]he court may issue any just orders . . . if a party or its attorney . . . fails to obey a scheduling or other pretrial order."); FED. R. CIV. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

    **SO ORDERED**, this 30th day of November, 2020.

                                    S/ Tilman E. Self, III
                                    **TILMAN E. SELF, III, JUDGE**
                                    **UNITED STATES DISTRICT COURT**